NUMBER 13-08-00554-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


 


IN RE: ALLIED CHEMICAL CORPORATION, ET AL.

 


On Petition for Writ of Mandamus

 


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam (1)



 On September 26, 2008, relators, Allied Chemical Corp., et al., filed a petition for
writ of mandamus with this Court alleging that respondent, the Honorable Mario E.
Ramirez, Jr., presiding judge of the 332nd Judicial District Court of Hidalgo County, Texas,
abused his discretion by: (1) finding certain letters produced to relators by real parties in
interest to be privileged and ordering relators to destroy said letters; and (2) denying
relators' motion to conduct an in camera inspection of said letters and other documents.

 The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relators have not shown themselves entitled to the relief sought and
the petition for writ of mandamus should be denied. See Tex. R. App. P. 52.8(a). 
Accordingly, the petition for writ of mandamus is DENIED.


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 15th day of January, 2009.
1. See Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When
denying relief, the court may hand down an opinion but is not required to do so.").